THE CITY OF JACKSONVILLE AND ROY P. MOODY, TAX COL-
LECTOR, APPELLANTS, vs. PORCHER P. L'ENGLE, APPELLEE.

Appeal from the Circuit Court for Duval county.

*Owen J. H. Summers* for Appellants.

*John T. & George U. Walker* for Appellees.

THE CHIEF-JUSTICE delivered the opinion of the court.

This case is identical with that of these appellants against
Edward M. L'Engle, just decided.

For the reasons stated in that case the decree of the Cir-
cuit Court enjoining the collection of taxes by the appel-
lants upon property in LaVilla, is affirmed with costs
against appellants.